UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | CASE NO. 3:12mj112 |
| INFORMATION ASSOCIATED WITH | ) | |
| TIFFANYSTILTNER@YAHOO.COM | ) | |
| THAT IS STORED AT PREMISES | ) | |
| CONTROLLED BY YAHOO! INC | ) | **ORDER TO SEAL** |

THIS MATTER is before the Court based upon the Search Warrant Application Affidavit requesting a Court Order to seal the Search Warrant Application, the Affidavit attached thereto and the Search Warrant issued pursuant to said Application on the grounds that disclosure of the contents of said documents at this time would have a significant and negative impact on an ongoing criminal investigation, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Clerk of Court shall seal the Search Warrant Application, the Affidavit attached thereto, the Search Warrant and this Order to Seal filed in this matter until further Order of the Court.

Signed: April 25, 2012

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff